No. 686. ADA GRIFFITH *v.* UNITED STATES.    March 8, 1920.    Petition for a writ of certiorari to the Circuit Court

of Appeals for the Seventh Circuit denied. *Mr. Benjamin C. Bachrach* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.